# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DYSON, INC.** )<br>　　　　**Plaintiff,** )<br>　　　v. )<br>**SYNCREON TECHNOLOGY (AMERICA) INC.,** )<br>　　　　**Defendant.** ) | Case No. 1:17-cv-06285<br>Hon. Matthew F. Kennelly |

## AGREED ORDER FOR TEMPORARY INJUNCTION

By agreement of Plaintiff Dyson, Inc. ("Dyson") and Defendant syncreon Technology (America), Inc. ("syncreon") (collectively, Dyson and syncreon will be referred to as the "Parties") the Order on Preliminary Injunction entered on August 31, 2017, [dkt. 14] is hereby stricken and replaced with this Order.  By agreement of the Parties:

1. The shipment of all of Dyson's inventory from syncreon's facilities will be completed by September 27, 2017. This agreed temporary injunction will be in effect until that time.

2. syncreon's full inventory review shall be completed by September 14, 2017.

3. Dyson product shall begin to be shipped by syncreon on September 5, 2017 to Dyson, and product shipment shall continue on a rolling basis as the inventory review continues. syncreon will be responsible for ordering trucks and arranging shipment of product, at Dyson's expense, until all Dyson product has been shipped.  Dyson reserves the right to seek recovery of these expenses from syncreon.

4. syncreon will use its best efforts to ship a minimum of five full trucks per day from the Olive Branch facility and three full trucks per day from the Reno facility, from September

5, 2017 through September 8, 2017. syncreon will use its best efforts to ship a minimum of seven full trucks per day from the Olive Branch facility and four full trucks per day from the Reno facility until the inventory transfer is complete.

5. syncreon will provide daily inventory count reports to Dyson.

6. Dyson will dictate priority of the order of shipments to the extent Dyson's priority requests do not interfere with syncreon's inventory count and shipping obligations.

7. syncreon will ship Dyson products through the existing syncreon system, including logging serial numbers.

8. Dyson will be permitted to sign off on each bill of lading before any shipment is sent.

SO ORDERED

_____
Honorable Matthew F. Kennelly
Date: Sept. 15, 2017